**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6717**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ZACARIAS MOUSSAOUI, a/k/a Shaqil, a/k/a Abu Khalid al Sahrawi,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:01-cr-00455-LMB-1)

Submitted: November 9, 2020                    Decided: January 15, 2021

Before GREGORY, Chief Judge, DIAZ, Circuit Judge, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Zacarias Moussaoui, Appellant Pro Se. Joseph Attias, Assistant United States Attorney, Richard Daniel Cooke, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zacarias Moussaoui appeals the district court's order denying his motions to modify the Special Administrative Measures (SAM), *see* 28 C.F.R. § 501.2(a) (2020), and to terminate those measures. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Moussaoui*, No. 1:01-cr-00455-LMB-1 (E.D. Va. Apr. 23, 2020). We also deny Moussaoui's motions to vacate the SAM, to stay the appeal pending Moussaoui being given the opportunity to testify before the "9/11 Constituent Representative of the US Congress," to allow for ex parte communication with this Court, and for appointment of a paralegal to assist in his fight for justice for the "9/11 Victim Family." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*